# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: **4:18-CR-00147-GAF(1)** |
| THOMAS KEVIN JONES | USM Number: **33574-045** |
| | Lesley Smith, FPD |

**THE DEFENDANT:**

☒ Stipulated/admitted to violation of mandatory, standard and special condition(s) of the term of supervision.

The defendant is adjudicated guilty of these violations:

| VIOLATION | NATURE OF VIOLATION |
|---|---|
| Mandatory | You must refrain from unlawful use of a controlled substance. |
| Special | The defendant shall successfully participate in any substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office. |
| Special | The defendant shall perform 16 hours of community service prior to December 31, 2020. |
| Special | The offender shall participate in a cognitive behavioral treatment program, as directed by the U.S. Probation Officer. Such programs may include group sessions led by a counselor, or participation in a program administered by the Probation Officer. The offender shall pay any associated costs as directed by the Probation Officer. |
| Standard | You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| Mandatory | You must not commit another federal, state or local crime. |
| Standard | You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |
| Special | The defendant shall successfully participate in any outpatient or inpatient substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office. |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

DEFENDANT:     THOMAS KEVIN JONES
CASE NUMBER:     18-00147-01-CR-W-GAF

       It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 29, 2021
Date of Imposition of Judgment

**s/ Gary A. Fenner**
Signature of Judge

**GARY A. FENNER, Senior U.S. District Judge**
Name and Title of Judge

March 29, 2021
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **6 MONTHS.**

☒    The defendant is remanded to the custody of the United States Marshal for service of the sentence imposed.

# RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

DEFENDANT:      THOMAS KEVIN JONES
CASE NUMBER:    18-00147-01-CR-W-GAF

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **thirty (30) months with all previously imposed mandatory, standard and special conditions set forth in the October 10, 2019 Judgment and Commitment and with the additional special condition as follows:**

**The defendant shall successfully participate in any outpatient or inpatient substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office.**

# ACKNOWLEDGMENT OF CONDITIONS

I have read or have read the conditions of supervision set forth in this judgment and I fully understand them. I have been provided a copy of them.
I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_____  _____
Defendant                                       Date

_____  _____
United States Probation Officer                 Date